**Opinion issued October 27, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00320-CV

————————————

**REVENEW INTERNATIONAL, LLC, Appellant**

**V.**

**PSC INDUSTRIAL OUTSOURCING, LP, Appellee**

On Appeal from the 281st District Court
Harris County, Texas
Trial Court Case No. 2013-59946

## MEMORANDUM OPINION

Appellant, Revenew International, LLC, has filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We deny

appellee's request for sanctions and attorney's fees under Texas Rule of Appellate Procedure 45. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.